# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JASON DEAN BORDEN, | ) |
|     *Plaintiff*, | ) Case No. 3:20-cv-499 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| UNITED STATES OF AMERICA, | ) Magistrate Judge H. Bruce Guyton |
| | ) |
|     *Defendant*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this pro se prisoner's complaint to the Bowling Green Division of the United States District Court for the Western District of Kentucky and to close this Court's file.

**SO ORDERED.**

                                                  /s/ *Travis R. McDonough*
                                                  **TRAVIS R. MCDONOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT